O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE PINA, | ) | No. CV 14-3897 JGB (FFM) |
|     Petitioner, | ) ) ) | JUDGMENT |
|   v. | ) ) | |
| MARTIN BITER, WARDEN, | ) ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: March 4, 2015

JESUS G. BERNAL
United States District Judge