O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE PINA, | ) | No. CV 14-3897 JGB (FFM) |
| Petitioner, | ) ) ) | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| v. | ) ) | |
| MARTIN BITER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Rule 11(a) of the Rules Governing § 2254 Actions provides:

> (a) Certificate of Appealability. The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue. If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2). If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22. A motion to reconsider a denial does not extend the time to appeal.

///

1     Here, given the Court's ruling on settled legal issues, the Court does not require
2 any arguments from the parties on whether a certificate of appealability ("COA") should
3 issue.
4     Under 28 U.S.C. § 2253(c)(2), a COA may issue "only if the applicant has made a
5 substantial showing of the denial of a constitutional right."  Here, the Court dismissed
6 the petition on the merits.  Thus, the Court's determination of whether a COA should
7 issue here is governed by the Supreme Court's decision in *Slack v. McDaniel*, 529 U.S.
8 473, 120 S.Ct. 1595, 146 L. Ed. 2d 542 (2000), where the Supreme Court held that the
9 showing required to satisfy section 2253(c) after a habeas petition is denied on the merits
10 is as follows:

> The petitioner must demonstrate that reasonable jurists would find the
> district court's assessment of the constitutional claims debatable or wrong.

529 U.S. at 484.

Here, the Court finds that reasonable jurists would not find the district court's decision debatable or wrong.

Accordingly, a COA is not appropriate with respect to the judgment entered herein and is DENIED.

Dated:  March 4, 2015

JESUS G. BERNAL
United States District Judge

Presented by:

  /S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
  United States Magistrate Judge